**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

THE HANOVER INSURANCE COMPANY,

                Plaintiff,

v.                                          Case No. 22-cv-11414

DAVID P. SUTHERLAND, et al,

                Defendants.

_____/

**ORDER STRIKING AS IMPROPER DEFENDANT PLANTE MORAN TRUST'S
RESPONSE AND COMBINED MOTION**

In response to its co-Defendants' motion for protective order and to quash subpoenas to non-parties (ECF No. 30), on November 23, 2022, Defendant Plante Moran Trust filed a "Response to Sutherland Defendants' and Subpoenaed Non-Parties' Motion for Protective Order and Cross-Motion to Compel and to Hold Non-Parties in Contempt" (ECF No. 31). Defendant Plante Moran Trust's filing violates Local Rules 5.1(e) and 7.1(i), as it combines stand-alone documents, and will be consequently struck from the record. Defendant Plante Moran Trust is required to file a proper response within seven days of this order. Should Defendant Plante Moran Trust still seek to bring a motion to compel and for contempt, it must do so in accordance with all relevant rules of civil procedure. Accordingly,

IT IS ORDERED that Defendant Plante Moran Trust's Response to Sutherland Defendants' and Subpoenaed Non-Parties' Motion for Protective Order and Cross-Motion to Compel and to Hold Non-Parties in Contempt (ECF No. 31) is STRICKEN from the record.

IT IS FURTHER ORDERED that Defendant Plante Moran Trust shall file a proper response to its co-Defendants' motion for protective order and to quash subpoenas to non-parties (ECF No. 30) within seven days of this order.

s/Robert H. Cleland                    /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 8, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                          /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\EKL\Opinions & Orders\Civil\22-11414.HANOVERINSURANCE.OrderStrikingImproperResponse.EKL.docx